UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONNIE TERRELL,

    Plaintiff,

    v.

VIPIN SHAH, and JOHN DOE NURSE,

    Defendants.

Case No. 18-cv-710-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 49) of Magistrate Judge Gilbert C. Sison recommending that the Court grant defendant Vipin Shah's motion for summary judgment (Doc. 41) or, alternatively, dismiss this case for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). No party has objected to the Report.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 49);
- **GRANTS** Shah's motion for summary judgment (Doc. 41);
- Alternatively, **DISMISSES** this case **with prejudice** for lack of prosecution pursuant to

Rule 41(b); and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   December 2, 2019**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**