UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONNIE TERRELL,

       Plaintiff,

    v.

VIPIN SHAH, and JOHN DOE NURSE,

       Defendants.

Case No. 18-cv-710-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Vipin Shah and against plaintiff Ronnie Terrell; and

IT IS FURTHER ORDERED AND ADJUDGED that this case against all defendants is dismissed with prejudice.

**DATED:   December 2, 2019**

**MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**